# MINUTES

CASE NUMBER:           1:26-cv-00061-JAO-KJM

CASE NAME:             Constante Valverde v. Shikha Dosanj,
                       *Warden, Federal Detention Center, Honolulu, Hawaii, in her official capacity,* et al.

ATTY'S FOR             *Lisa Katherine Swartzfager
PETITIONER:            Joshua Jesus Abeyta

ATTY FOR               *Joseph Michael McGinley
RESPONDENTS:

---

JUDGE:     Jill A. Otake          REPORTER:    Gloria Bediamol

DATE:      02/25/2026             TIME:        10:00am-10:31am

---

COURT ACTION:   EP:    Status Conference held.

Petitioner's Motion for Temporary Restraining Order [Dkt. No. 16] – GRANTED in part.

Court ENJOINS Petitioner's scheduled 2/26/2026 merits hearing in immigration court until this Court rules on the pending Petition for Writ of Habeas Corpus, which is currently set for a hearing on 3/3/2026 at 9:30 AM in Aha Kanawai before Judge Jill A. Otake.

Court to issue a written order today but its verbal ruling is effective immediately.

Government to file a letter brief regarding the status of immigration court's consideration of a pending motion to continue the merits hearing in that court.

Submitted by: Shelli Mizukami, Courtroom Manager